# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer | CASE NUMBER: 2:21-cv-02372-MWF-MRW |
| v.  Plaintiff(s) | |
| TLHC LLC | NOTICE OF MEDIATION DATE |
| Defendant(s). | |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for February 3, 2022     at 1:00    ☐ a.m. / ☑ p.m.

LOCATION: Zoom Video-Conferencing

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: November 16, 2021

Panel Mediator: Gene B. Sharaga
Address: 7519 Eisenhower Street
Ventura, CA 93003

Phone: 805-794-4360