Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
ANTHONY BOUYER

Stephen M. Harber, STATE BAR #119830
Amy Arseneaux Evenstad, STATE BAR #305828
**MCCUNE & HARBER, LLP**
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500
Facsimile: (213) 689-2501
sharber@mccuneharber.com and aevenstad@mccuneharber.com

Attorneys for Defendant:
TLHC LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, <br><br> Plaintiff <br><br> v. <br><br> TLHC LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants | Case No.: 2:21-cv-02372-MWF-MRW <br><br> Hon.   Michael W. Fitzgerald <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Complaint Filed:  March 17, 2022 <br> Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, ANTHONY BOUYER, and Defendant, TLHC LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain settlement terms .

Dated: March 16, 2022				**MANNING LAW, APC**

						By:	*/s/ Joseph R. Manning, Jr. Esq.*
							Joseph R. Manning, Jr., Esq.
							Attorneys for Plaintiff,
							Anthony Bouyer

Dated: March 16, 2022				**MCCUNE & HARBER, LLP**

						By:	*/s/ Amy Arseneaux Evenstad*
							Amy Arseneaux Evenstad
							Attorney for Defendant,
							TLHC LLC

## **CERTIFICATE OF SERVICE**

I certify that on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

						Respectfully submitted,

Dated: March 16, 2022				**MANNING LAW, APC**

						By:	*/s/ Joseph R. Manning, Jr. Esq.*
							Joseph R. Manning, Jr., Esq.
							Attorneys for Plaintiff
							Anthony Bouyer

## **SIGNATURE ATTESTATION**

1 | Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other
2 | signatories listed, and on whose behalf the filing is submitted, concur in this
3 |
4 | document's content and have authorized the filing of this document with the use
5 | of their electronic signature.
6 |
7 |
8 | Dated: March 16, 2022              **MANNING LAW, APC**
9 |                                 By:  */s/ Joseph R. Manning, Jr. Esq.*
                                        Joseph R. Manning, Jr., Esq.
10 |                                     Attorneys for Plaintiff
                                        Anthony Bouyer
11 |