Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
ANTHONY BOUYER

Amy Arseneaux Evenstad, Esq. (State Bar No. 305828)
**McCUNE & HARBER LLP**
515 South Figueroa Street Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500/ Facsimile: (213) 689-2501
Aevenstad@mccsuneharber.com

Attorneys for Defendants:
TLHC LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, | Case No.: 2:21-cv-02372-MWF-MRW |
| Plaintiff, | Hon.  Michael W. Fitzgerald |
| v. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| TLHC LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants | Complaint Filed: March 17, 2021<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ANTHONY BOUYER ("Plaintiff") and TLHC LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 23, 2022

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Anthony Bouyer

DATED: June 23, 2022

**McCUNE & HARBER LLP**

By: /s/   *Amy Arseneaux Evenstad*
    Amy Arseneaux Evenstad
    Attorneys for Defendant
    TLHC LLC

**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 23, 2022    By: /s/ *Joseph R. Manning, Jr.*

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE