JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>TLHC LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-02372-MWF (MRWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and TLHC LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 24, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge